IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-02233-MJW

TRANS-WEST, INC., a Colorado corporation,
dba TRANSWEST TRUCK TRAILER RV,

    Plaintiff,

v.

SOUTHWEST LUXURY COACH SALES, LLC,
an Arizona limited liability company; and SCOTT
BUCHANAN, an individual,

    Defendants.

---

**TEMPORARY ORDER TO TRANS-WEST, INC. TO PRESERVE PROPERTY**

---

The Court, having considered Southwest Luxury Coach Sales, LLC's Motion for Replevin and being fully advised in the premises, FINDS that, pursuant to Fed. R. Civ. P. 64 and C.R.C.P. 104(f), a temporary order is appropriate to prohibit and require such acts with respect to the 2007 Dynamax Dynaquest 320 motor home with a vehicle identification number of 2007 DYNX 16M 1FVACWDD76HW49546 identified in the Motion for Replevin (the "**Vehicle**") to preserve the rights of the parties and the status of the Vehicle:

UPON SUCH FINDINGS, IT IS HEREBY ORDERED THAT:

1. Trans-West, Inc. and its employees and agents and affiliates are prohibited from transferring or selling the Vehicle or any part of the Vehicle to any third persons;

2. Trans-West, Inc. and its employees and agents and affiliates are prohibited from removing the Vehicle or any part of the Vehicle from its current location; and

3. Trans-West, Inc. and its employees and agents are prohibited from taking any action that may cause damage, waste, disposition, or depreciation to the Vehicle or any part of the Vehicle.

IT IS FURTHER ORDERED that Southwest Luxury Coach Sales, LLC or its agents may go on to Trans-West's land at reasonable times, upon Southwest Luxury Coach Sales, LLC's request, to ensure that the Vehicle is preserved and protected.

IT IS FURTHER ORDERED that this Order shall remain in full force and effect until further order of this Court.

ORDERED this 1st day of December, 2015.

BY THE COURT

By: _____