**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   15-cv-02233-MJW

TRANS-WEST, INC., a Colorado corporation,
dba TRANSWEST TRUCK TRAILER RV,

      Plaintiff,

v.

SOUTHWEST LUXURY COACH SALES, LLC,
an Arizona limited liability company; and SCOTT
BUCHANAN, an individual,

      Defendants.

---

**STIPULATED POSSESSION ORDER**   ( Docket No 18 )

---

The Court, having considered the parties' Stipulated Motion for Possession Order, hereby

ORDERS as follows:

    1.    Upon posting with the Court a corporate surety bond issued by a corporate surety

presently authorized to do business within the State of Colorado in the amount of thirty thousand

dollars ($30,000.00) (the "Bond"), Defendant Southwest Luxury Coach Sales, LLC

("Southwest"), shall be entitled to immediate possession of the following vehicle (the

"Vehicle"):  2007 Dynamax Dynaquest 320 motor home with a vehicle identification number of

2007 DYNX 16M 1FVACWDD76HW49546.

    2.    Upon Southwest's posting of the Bond, Plaintiff Trans-West, Inc. and its

employees and agents and affiliates ("Transwest") shall immediately surrender possession of the

Vehicle to Southwest or Southwest's designated agent or representatives.  Southwest shall be

entitled to take possession of the Vehicle at Transwest's place of business.  Transwest shall

deliver to Southwest the keys to the Vehicle and any attachments, manuals or other items that were in or on the Vehicle at the time Transwest took possession of the Vehicle. Transwest shall take reasonable measures to facilitate Southwest's taking possession of the Vehicle, including providing a charge and air pressure if needed.

3.      Each party may assert a claim to the Bond in this action. Absent agreement by the parties, entitlement to the Bond, or any portion thereof, shall be decided by the Court in this action.

4.      The show cause hearing currently scheduled for December 9, 2015, is hereby vacated.

ORDERED this _8TH_ day of _December_, 2015.

BY THE COURT

By: _____

23033748.1