IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02233-RM-MJW

TRANS-WEST, INC., *a Colorado corporation d/b/a Transwest Truck Trailer RV*,

Plaintiff,

v.

SOUTHWEST LUXURY COACH SALES, LLC, *an Arizona limited liability company*, &
SCOTT BUCHANAN, *an individual*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 31) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 31-1) is APPROVED and made an Order of Court.

Date: December 21, 2015