IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02233-RM-MJW

TRANS-WEST, INC., *a Colorado corporation d/b/a Transwest Truck Trailer RV*,

Plaintiff,

v.

SOUTHWEST LUXURY COACH SALES, LLC, *an Arizona limited liability company*, & SCOTT BUCHANAN, *an individual*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend Complaint (Docket No. 37) is granted.  The tendered Amended Complaint and Jury Demand (Docket No. 37-1) is accepted for filing as of the date of this Minute Order.

Date: December 30, 2015