IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-02233-RM-MJW

TRANS-WEST, INC., *a Colorado corporation d/b/a Transwest Truck Trailer RV*,

Plaintiff,

v.

SOUTHWEST LUXURY COACH SALES, LLC, *an Arizona limited liability company*, & SCOTT BUCHANAN, *an individual*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     In light of Docket Nos. 40 and 42, it is hereby ORDERED that Defendant's Motion to Stay or, in te Alternative, to Dismiss (Docket No. 33) is DENIED AS MOOT.

Date: January 19, 2016